UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE BRANCH
_____

**BUILDING TRADES UNITED PENSION**
**TRUST FUND, MILWAUKEE AND SOUTHERN**
**WISCONSIN DISTRICT COUNCIL OF CARPENTERS**
**HEALTH FUND, MILWAUKEE AND SOUTHERN**
**WISCONSIN DISTRICT COUNCIL OF**
**CARPENTERS VACATION FUND, MILWAUKEE**
**CARPENTERS JAC FUND, IAP/CA FUND,**
**and WILLIAM ROEHR,**

        **Plaintiffs,**

  vs.                                    Case No. 05-C-0388

**PARTNERS FLOOR COVERING LLC,**

        **Defendant.**
_____

**ORDER FOR JUDGMENT**
_____

Request and application for default judgment brought by the plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

1. Defendant Partners Floor Covering LLC has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

2. Partners Floor Covering LLC violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreement by failing to pay fringe benefit contributions on behalf of its employees to the plaintiffs funds.

3. As a result of Defendant's failure, Plaintiffs are entitled to damages consisting of liquidated damages, interest attorney fees and costs.

4. The court assesses the total damages to the plaintiffs in the sum of $164,595.63.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of plaintiffs, Building Trades United Pension Trust Fund, Milwaukee and Southern Wisconsin District Council of Carpenters Health Fund, Milwaukee and Southern Wisconsin District Council of Carpenters Vacation Fund, Milwaukee Carpenters JAC Fund, IAP/CA Fund, and William Roehr, and against defendant Partners Floor Covering LLC in the amount of $164,595.63 together with interest at the rate allowed by law.

Dated this 11th day of July, 2005.

BY THE COURT

s/Lynn Adelman
LYNN ADELMAN
District Judge