UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE BRANCH

_____

BUILDING TRADES UNITED PENSION
TRUST FUND, MILWAUKEE AND SOUTHERN
WISCONSIN DISTRICT COUNCIL OF CARPENTERS
HEALTH FUND, MILWAUKEE AND SOUTHERN
WISCONSIN DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, MILWAUKEE
CARPENTERS JAC FUND, IAP/CA FUND,
and WILLIAM ROEHR,

                    Plaintiffs,

     vs.                                    Case No. 05-C-0388

PARTNERS FLOOR COVERING LLC,

                    Defendant.

_____

**ENTRY OF JUDGMENT ON THE DECISION BY THE COURT**
_____

     This action having come on for hearing before the Court, and
the issues having been duly heard, and a decision having been duly
rendered,

     **IT IS ORDERED AND ADJUDGED** that the plaintiffs, Building
Trades United Pension Trust Fund, Milwaukee and Southern  Wisconsin
District Council of Carpenters Health Fund, Milwaukee and Southern
Wisconsin District Council of Carpenters Vacation Fund, Milwaukee
Carpenters JAC Fund, IAP/CA Fund, and William Roehr, recover from
the defendant Partners Floor Covering LLC the sum of $164,595.63

-1-

together with interest thereon at the rate that is provided by law.

Dated at Milwaukee, Wisconsin, this 11th day of July, 2005.

SOFRON B. NEDILSKY
Clerk of Court


s/Michael Ashton
Deputy Clerk


Approved as to form this 11th day of July, 2005.

s/Lynn Adelman
LYNN ADELMAN
U. S. District Court Judge

-2-